# United States Court of Appeals
## For the First Circuit

CA:97-245
J. Perez-Gimenez

No. 05-1198

PETITION

97-245 (PG)

ANGEL CHEVERE-GONZALEZ,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: July 7, 2005

The application for leave to file a second or successive motion under 28 U.S.C. § 2255 is <u>denied without prejudice</u>, given petitioner's failure to satisfy either of the gatekeeping provisions in § 2255 ¶ 8. To the extent this filing can be viewed as a motion to amend petitioner's COA application in order to add new claims that were not advanced below, the motion is <u>denied</u>. <u>See</u>, <u>e.g.</u>, <u>David</u> v. <u>United States</u>, 134 F.3d 470, 474 (1st Cir. 1998) (declining to consider arguments "not seasonably raise[d] in the district court"). In so ruling, we intimate no view as to the proper disposition of that COA application, which remains pending in this court.

<u>So ordered.</u>

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 7-7-5

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[Cert. cc: Hon. Juan M. Perez-Gimenez and Frances Rios de Moran, Clerk, U.S.D.C. of Puerto Rico, cc: Messrs: Chevere-Gonzalez and Perez-Sosa]