IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.                                           Criminal No. 97-245 PG

Angel C. Gonzalez
Defendant
_____/

## NOTICE OF CHANGE OF ADDRESS

Notice is given that defendant's address has currently change to the address below his signature. Please forward all correspondence in the above case to the new address.

Respectfully Submitted;

*/s/ Angel Chevere*
Angel Chevere Gonzalez
Reg. # 16114-069
FCC. Coleman, USP
P.O. Box 1033
Coleman, Fl. 33521-1033

## CERTIFICATE OF SERVICE

I hereby certify that the above was mailed, postege paid, First Class Mail, this 27 of September 2005, and sent to :

U.S. Attorneys' Office, Torre Chardon, Room 1201,
350 Carlos Chardon St.. San Juan PR. 00918

*/s/ Angel Chevere*
Angel Chevere Gonzalez
Reg. # 16114-069
FCC. Coleman, USP
P.O. Box 1033
Coleman FL. 33521-1033